**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-2137**
_____

In re:  MOHAMMAD ASHRAF MOHAMMAD-OMAR,

                    Petitioner.

_____

On Petition for Writ of Mandamus.
(1:07-cr-00425-CMH-3; 1:10-cv-01112-CMH)

_____

Submitted:  March 9, 2017          Decided:  March 27, 2017

_____

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Mohammad Ashraf Mohammad-Omar, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Ashraf Mohammad-Omar petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his Fed. R. Civ. P. 60(b) motion, motion to correct clerical errors, and motion for judgment on the pleadings, following the denial of his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied these three motions by order dated February 24, 2017. Accordingly, because the district court has recently decided Mohammad-Omar's pending motions, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>